[No. 43013-1-I.    Division One.    October 25, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS R. EARLS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-00448-3, Linda Lau, J., entered June 22, 1998. *Reversed* by unpublished opinion per Cox, J., concurred in by Baker and Becker, JJ.

[Nos. 43337-7-I; 44440-9-I.    Division One.    October 25, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL DAVID WIMS, *Appellant*.

*In the Matter of the Personal Restraint of* DANIEL D. WIMS, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 98-1-01227-3, Anthony P. Wartnik, J., entered September 21, 1998, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished per curiam opinion.

[No. 43519-1-I.    Division One.    October 25, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. SIAKI SWEET PATU, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-08688-6, Sharon S. Armstrong, J., entered October 29, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43525-6-I.    Division One.    October 25, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE P. DEGRAZIA, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-01628-7, Gerald L. Knight, J., entered October 2, 1998. *Affirmed* by unpublished per curiam opinion.